**Order entered February 8, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00691-CV

**VEREIT REAL ESTATE, L.P., COLE LA DALLAS TX, LLC, COLE LA DENTON TX, LLC, AND COLE LA DUNCANVILLE TX, LLC, Appellants**

**V.**

**FITNESS INTERNATIONAL, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18444**

### ORDER

Before the Court is appellee's February 7, 2023 unopposed second motion for extension of time to file its response brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 16, 2023. Because the brief was first due January 17, 2023, we caution that further extension requests will be disfavored.

/s/    BILL PEDERSEN, III
JUSTICE